JOSEPH H. SAWICKI, Appellant, v. NEW YORK STATE CIVIL SERVICE COMMISSION et al., Respondents.

Brennan, Acting P. J., Rabin, Hopkins, Benjamin and Nolan, JJ., concur.

## THIRD DEPARTMENT, JUNE, 1967

(June 13, 1967)

In the Matter of MARY J. SKARZYNSKI, Individually and on Behalf of Other Duly Enrolled Members of the Liberal Party, Albany County, For the Primary Election to Be Held June 20, 1967, Respondent, v. THOMAS F. DONOHUE et al., Constituting the Board of Elections, Albany County, Appellants. —

Gibson, P. J., Herlihy, Reynolds, Aulisi and Gabrielli, JJ., concur.